AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### EASTERN    DISTRICT OF    VIRGINIA

> FILED
>
> MAY 2 9 2012
>
> CLERK, US DISTRICT COURT
> NORFOLK, VA

BILLY R. McCULLERS, Jr.,

  Petitioner,

v.

UNITED STATES OF AMERICA,

  Respondent.

Civil Case Number: 4:12cv00037
Criminal Case Number:4:07cr00049

## JUDGMENT

[X ]   **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 USC 2255, is  DENIED as to all claims other than Ground Six (B).

_____May 25, 2012_____
Date

FERNANDO GALINDO, CLERK


By:  /s/
Elaine Cavanaugh
Deputy Clerk